# Keeling & Fredrickson

A Professional Corporation

4511 Yoakum Blvd., Suite 125
Houston, Texas 77006
Telephone: (832) 214-9900
Facsimile: (832) 214-9908

BYRON C. KEELING
Direct: (832) 214-9904
bck@keelingfredrickson.com

October 28, 2025

The Honorable Lyle W. Cayce
Clerk, United States Court of Appeals for the Fifth Circuit
Office of the Clerk
600 S. Maestri Place
New Orleans, Louisiana 70130

>     Re:   No. 24-20535, *Storey Mountain, L.L.C. v. JPMorgan Chase Bank, N.A., and Daniel J. Weldon, as Successor Trustee of the Mary Katherine Weldon Trust*, in the United States Court of Appeals for the Fifth Circuit

Dear Mr. Cayce:

I am appellate counsel for Appellee Daniel J. Weldon, as Successor Trustee of the Mary Katherine Weldon Trust. I received your letter of October 24, 2025.

I have reviewed the record in response to your letter. It does not appear that any of the parties filed a certificate of interested parties. The only notation I have found in the record to specify Storey Mountain, LLC's citizenship is Storey Mountain's representation that it is "a citizen of Wyoming and Florida." ROA.11.

Storey Mountain has separately filed a letter brief which, on page 2 of the letter, outlines a proposed plan for a limited remand to enable the district court to confirm that it has diversity jurisdiction. I have no objections to — and expressly agree with — that proposed plan.

>     Sincerely,
>
>     /S/ Byron C. Keeling
>
>     Byron C. Keeling
>     Attorney for Appellee

cc:   Mr. Travis C. Armstrong (by ECF)